IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| DAVID ABRAM ANAYA, | § | |
| Petitioner, | § § § | |
| v. | § § | 2:15-CV-234-D |
| LORIE DAVIS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § § | |
| Respondent. | § § | |

**<u>ORDER</u>**

After making an independent review of the pleadings, files, and records in this case, the August 3, 2018 findings, conclusions, and recommendation of the magistrate judge, and petitioner's August 16, 2018 objection, the court concludes the magistrate judge's findings and conclusions are correct. It is therefore ordered that petitioner's objection is overruled, the recommendation of the magistrate judge is adopted, and the petition for a writ of habeas corpus is denied. Petitioner's August 16, 2018 motion for appointment of counsel is also denied.

Considering the record in this case and pursuant to Fed. R. App. P. 22(b), Rule 11(a) of the Rules Governing Section 2254 Proceedings in the United States District Courts, and 28 U.S.C. § 2253(c), the court denies a certificate of appealability. The court adopts and incorporates by reference the magistrate judge's findings, conclusions, and recommendation filed in this case in support of its finding that the petitioner has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong," or (2) that reasonable jurists would find "it debatable whether the petition states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel*,

529 U.S.473, 484 (2000).

If petitioner files a notice of appeal,

( )  petitioner may proceed *in forma pauperis* on appeal.

(X)  petitioner must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis*.

**SO ORDERED**.

August 30, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE